**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

IN RE:

WAYNE EARL DAHL,                                                    Case No.: 15-50144-KKS

    Debtor.                                                          Chapter 11

_____/

**AGREED ORDER GRANTING MOTION FOR ADEQUATE PROTECTION FILED**
**BY DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC [Docket 128]**
(177 HARTMAN CIR. NE, FRIDLEY, MN 55432)

THIS CASE came before the Court upon the Motion for Adequate Protection filed by Ditech

Financial LLC F/K/A Green Tree Servicing LLC [D.E. 128] ("Ditech").  The Debtor and Ditech having

agreed to the following terms and this court having reviewed the motion and being advised of the consent

of the parties, it is

ORDERED:

1.  Ditech's is entitled to adequate protection payments to be disbursed by the Debtor and the Motion is

    GRANTED. The automatic stay shall continue in full force and effect as to the following property:

    **REAL PROPERTY LOCATED AT 177 HARTMAN CIR. NE, FRIDLEY, MN 55432,**
    **MORE PARTICULARLY DESCRIBED AS:**

    Lot 20, Block 2, Sandhurst Addition in Anoka County, Minnesota, according to the duly
    recorded plat thereof,  recorded in Book P of Plats, Page 21.

    Less and Excepting that part of said Lot 20, Block 2, Sandhurst Addition bounded by a line
    described as follows, to wit:

    Commencing at the most Easterly point of the common line between Lots 19 and 20, said Block
    2; thence Southwesterly along said common line, a distance of 15 feet; thence Easterly in a
    straight line to a point on Hartman Circle 6 feet South from the point of beginning; thence
    Northerly along the curvature of Hartman Circle to the point of beginning.

2.  The Debtor shall pay Movant the sum of $949.98 each month, after the date of this order until further

    order of this Court.

3.  All payments due hereunder shall be made payable to:

    **Ditech Financial LLC F/K/A Green Tree Servicing LLC**
    **PO Box 0049**
    **Palatine, IL 60055-0049**

4.  The Debtor is required to pay the 2015 real property taxes and any pre-petition real property taxes under the Plan to be filed.

5.  The Debtor will maintain and pay all future property taxes and property insurance with Ditech listed as loss payee.

6.  The Debtor shall be in compliance with the terms of this order by timely making all payments to Ditech and by maintaining the taxes and insurance on the subject property.  The Debtor shall be in default under this order if Debtor fails to make any interim payment due hereunder not excused by the Court, fails to maintain taxes and insurance and does not cure such default within ten (10) days.

7.  An order lifting the stay may be entered without further hearing ten (10) days after Ditech files an affidavit of default, a copy of which must be served upon Debtor's counsel.   If the account was in default at the time that the affidavit of default is filed, then Ditech shall be entitled to a reasonable attorney fee to enforce the terms of this order.

8.  An order lifting the stay shall be entered unless the Debtor has responded with a counter-affidavit or unsworn declaration under penalty of perjury to the effect that the most recently due interim payment was actually made to Ditech no later than ten (10) days after its due date.  No other form of response shall be entertained.

9.  In the event that a Plan is confirmed by the Court, all interim payments will be applied to confirmed

    plan payments.

        DONE AND ORDERED on __December 14, 2015_____.


        _____
        KAREN K. SPECIE
        United States Bankruptcy Judge


**Attorney Evan S. Singer is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.**

Agreed to by:


/s/ Evan S. Singer                              /s/ Charles W. Wynn

Evan S. Singer, Esq.                            Charles W. Wynn, Esq.

Attorney for Ditech                             Attorney for Debtor



Order prepared by:
Evan S. Singer, Esq.
Timothy D. Padgett, P.A.
6267 Old Water Oak Rd., Ste 203
Tallahassee, FL 32312
(850) 422-2520
ess@padgettlaw.net