UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE: WAYNE E. DAHL                                      CHAPTER 11
　　　　Debtor.                                            CASE NO.: 15-50144-KKS
_____/

## MOTION TO AMEND ORDER CONFIRMING THIRD AMENDED PLAN OF REORGANIZATION WITH SPECIAL LANGUAGE (Doc #356)

NOW COMES the Debtor, **WAYNE E. DAHL**, through his under signed attorney and moves the Court to enter an Order Granting the Motion to Amend Order Confirming Third Amended Plan of Reorganization with Special Language (Doc #356) and as grounds the Debtor would show:

1. The Order Confirming Third Amended Plan of Reorganization with Special Language - Docket #356 was entered on January 20, 2017.

2. However, the payment schedule referenced in paragraph 8 on page 8 was inadvertently omitted.

3. Movant respectfully asks the Court to allow the Debtor to submit the prepared Amended Order Confirming Third Amended Plan of Reorganization with Special Language to the Court for entry to include the payment schedule.

WHEREFORE, the Debtor prays the Court will enter an Order Granting the Motion to Amend the Order Confirming Third Amended Plan of Reorganization with Special Language (Doc # 3356).

Dated this __1st__ day of __Feb__, 2017.

　　　　　　　　　　　　　　　　　　　/s/ _Charles M. Wynn_
　　　　　　　　　　　　　　　　　　　CHARLES M. WYNN, ESQ
　　　　　　　　　　　　　　　　　　　CHARLES M. WYNN LAW OFFICES, PA
　　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEBTOR
　　　　　　　　　　　　　　　　　　　P.O. BOX 146
　　　　　　　　　　　　　　　　　　　MARIANNA, FL 32447
　　　　　　　　　　　　　　　　　　　Telephone: (850) 526-3520
　　　　　　　　　　　　　　　　　　　Fax: (850) 526-5210
　　　　　　　　　　　　　　　　　　　FL BAR NO 0241695
　　　　　　　　　　　　　　　　　　　Court@Wynnlaw-fl.com

Wayne Dahl

| Class | Claim | Creditor | Collateral | Amount Owed as of 10/25/16 with atty fees | Interest | Term | Monthly Payment |
|---|---|---|---|---|---|---|---|
| 2 | 16 | Alerus | 7699 Viron Road | $ 211,609.73 | 7.000% | 15 years | $ 1,902.01 |
| 3 | 1 | Ameris | 5612 Hwy 98 Bus E | $ 362,000.36 | 6.250% | 172 months | $ 3,191.39 |
| 4 | | Anoka County Tax Collector | no claim | $ 77,624.39 | | to be paid in full from sale of real property | |
| 5 | | Bay County Tax Collector | no claim | $ 15,262.17 | 18.000% | 60 months | $ 482.79 |
| 19 | | Chase Mortgage | Duplex at 5710 Hwy 98 Bus | $ 238,408.22 | 4.375% | 30 years | $ 1,355.38 |
| 7 | | Farmers State Bank | 604 North Lilac and 7699 NE Viron Road | | --- | --- | --- |
| 23 | | First National Bank - 1st Mortgage | 810 Lilac Drive | $ 200,000.00 | 0.000% | 60 months | $ 3,333.34 |
| | | First National Bank - 2nd Mortgag filed 1 claim for both mortg | | --- | | | |
| 17 | | Green Tree Servicing - First Option Mortgage | 177 Harman Circle | $ 219,122.97 | 7.000% | 30 years | $ 1,278.74 |
| 7 | | Hennepin County Tax Collector | Parcel ID given (no address) | $ 842.86 | to be paid in full within 60 days of confirmation | | |
| 6 | | Hennepin County Tax Collector | 810 Lilac Drive | $ 58,903.12 | surrendered property | | |
| 4 | | Lake Region Bank | 604 Lilac Drive | $ 1,580,240.06 | 5.125% | 15 years | $ 16,997.15 |
| 9 | | Ramsey County Tax Collector | 962 University Drive | $ 40,213.19 | | to be paid in full from sale of real property | |
| 18 | | Seterus fka JP Morgan Chase | 5708 Hwy 98 Bus E | $ 271,055.66 | 4.375% | | $ 1,303.48 |
| 8 | | Hennepin County Tax Collector | 604 Lilac Drive | $ 158,866.75 | | to be paid in full from sale of real property | |
| 10 | | US Bank | 962 University Drive | $ 119,962.91 | | to be paid in full from sale of real property | |
| 24 | | Whitney Bank | 5746 Hwy 98 Bus E | $ 544,249.36 | 6.250% | 78 months | $ 8,508.48 |
| 15 | | RP Capital | MRI Machine and Ford Van | $ 312,106.11 | 7.000% | 64 months | $ 5,823.55 |
| 5 | | IRS - Amended 5/3/16 | 2012 income taxes | $ - | 3.000% | 48 months | $ - |
| | | | **TOTAL** | **$ 4,410,467.86** | | | **$ 44,176.31** |

**21 Unsecured Creditors < $2,000.00 to be paid in full upon confirmation**

| | | |
|---|---|---|
| 20 | American Express | |
| 21 | BellSouth | |
| | Amex (3873) | paid by SUMA |
| | Credit One Bank NA | paid by SUMA |
| | US Bank (1981) | |

**22 Unsecured Creditors > $2,000.00 personal guarantee**

| | | |
|---|---|---|
| 2 | Lake Region Bank (7627) | |
| 3 | Lake Region Bank (7627) | |

**23 Unsecured creditors > $2,000.00**

| | | |
|---|---|---|
| 23 | 22 | US Bank | 6% over 5 years with a payment of $237.91 |